## Commonwealth ex rel. Brown, Appellant, *v.* Rundle.

Submitted June 11, 1963. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*James Brown*, appellant, in propria persona.

*Burton Satzberg* and *Arlen Specter*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, September 12, 1963:
The order of the court below dismissing the petition for writ of habeas corpus is affirmed on the opinion of Judge GLEESON of the Court of Common Pleas No. 7 of Philadelphia County, as reported in 31 Pa. D. & C. 2d 153.